# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| C 08-4341 MMC (PR) | Posadas v. Martel |
| C 08-5051 SI | Vasquez v. Felker |

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[  ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: October 26, 2009

D. LOWELL JENSEN
United States District Judge
  for Maxine Chesney