IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAURICE V. VASQUEZ,       No. C 08-05051 SI

    Petitioner,       **JUDGMENT**

  v.

TOM FELKER,

    Respondent.
_____/

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 13, 2011

                                    SUSAN ILLSTON
                                    United States District Judge